■ In the Matter of THOMAS LO PRESTI, Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion to dismiss proceeding granted, without costs, and proceeding dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ EVERETT KARTEN et al., Doing Business as KARTEN & BRESLIN, Respondents, v. ALEC WEINER, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ JUNIOR R. KEARSING et al., as Administrators D. B. N. of the Estate of LILA J. KEARSING, Deceased, Respondents, v. ERIE RAILROAD COMPANY, Defendant, and HORACE BANTA, as Substituted Trustee of the NEW JERSEY AND NEW YORK RAILROAD COMPANY, Debtor, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ ALVIN SCHMITT, Appellant, v. TOWN OF OYSTER BAY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ADELAIDE WILSON, as Administratrix of the Estate of ERNEST MURPHY, Deceased, et al., Appellants, v. WESTCHESTER JOINT WATER WORKS, INC., Respondent. ADELAIDE WILSON, as Administratrix of the Estate of ERNEST MURPHY, Deceased, et al., Appellants, v. VILLAGE OF MAMARONECK et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.